429 A.2d 61

Commonwealth v. Wentling, Appellant.

■■■■ Argued November 12, 1979. J. Stevenson Suess, for appellant; Phillip L. Wein, District Attorney, for Commonwealth, appellee.

Before PRICE, CAVANAUGH and WATKINS, JJ.

Judgment of sentence affirmed.